No. 02–8905. Scullock *v.* Crosby, Secretary, Florida Department of Corrections, et al. C. A. 11th Cir. Certiorari denied.

No. 02–8936. Perry *v.* McCaughtry, Warden. C. A. 7th Cir. Certiorari denied.

No. 02–638. Agencia La Esperanza Corp., Inc. *v.* Orange County Board of Supervisors et al. Ct. App. Cal., 4th App. Dist. Motion of National Association of Home Builders for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 02–845. Silvey *v.* Chao, Secretary of Labor. C. A. 4th Cir. Certiorari denied. Justice Scalia took no part in the consideration or decision of this petition.

No. 02–996. Overnite Transportation Co. *v.* International Brotherhood of Teamsters, Chauffeurs, Warehousemen and Helpers of America, AFL–CIO, et al. App. Ct. Ill., 1st Dist. Motions of National Right to Work Legal Defense Foundation, Inc., and Chamber of Commerce of the United States for leave to file briefs as *amici curiae* granted. Certiorari denied.